# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE AARON BLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-1304-F |
| | ) | |
| PRE-PAID LEGAL SERVICES, INC. | ) | |
| an Oklahoma Corporation, and | ) | |
| HARLAND STONECIPHER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING AGREED MOTION FOR AN EXTENSION
FOR FILING DEPOSITION DESIGNATIONS
AND OBJECTIONS THERETO (DKT. 143)**

On the 4th day of February, 2010, came on to be heard the parties' Lawrence Aaron Block, Pre-Paid Legal Services, Inc. and Harland Stonecipher, Agreed Motion for an Extension of the Deadline in Which to Submit to the Court Deposition Designations and Objections Thereto. (Dkt. 143) The Court hereby grants the relief requested and orders the parties to file the referenced deposition designations and objections by the close of business, Friday, February 5, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1304p039.PO.wpd